### BELL JACOBS v. CHARLES GASKILL.
#### No. 13,763. (77 Pac. 550.)

Error from Douglas district court; C. A. SMART, judge. Opinion filed July 7, 1904. Reversed.

*Bishop & Mitchell,* and *Edward T. Riling,* for plaintiff in error.

*Thomas Harley,* for defendant in error.

*Per Curiam:* The court below, in decreeing the partition in this case, proceeded upon the theory that a divorced husband is not cut off from his right of inheritance in the wife's estate by a decree of divorce rendered under the statute of Kansas, as it now stands, until after the expiration of six months from the date of such decree. This was an erroneous view of the law. (*Durland v. Durland,* 67 Kan. 734, 74 Pac. 274, 63 L. R. A. 959.)

The judgment is reversed and the case remanded.